IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

MAY 21 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ae_____,DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. CR-19 145 C |
| -vs- | ) | |
| | ) | |
| HERMAN JACKSON MURRAY, II, | ) | Violations: 18 U.S.C. § 922(o) |
| | ) | 18 U.S.C. § 922(g)(1) |
| Defendant. | ) | 18 U.S.C. § 924(d) |
| | ) | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
(Unlawful Possession of a Machine Gun)

On or about April 30, 2019, in Enid, Oklahoma, in the Western District of Oklahoma,

---------------------------- **HERMAN JACKSON MURRAY, II** ----------------------------

did knowingly possess a machine gun, as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b). Specifically, **HERMAN JACKSON MURRAY, II** knowingly possessed a Glock conversion switch, that is, a part designed and intended solely and exclusively, or a combination of parts designed and intended, for use in converting a weapon into a machine gun.

All in violation of Title 18, United States Code, Section 922(o), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 2
### (Felon in Possession of Firearms)

On or about April 30, 2019, in Enid, Oklahoma, in the Western District of Oklahoma,

---------------------------- **HERMAN JACKSON MURRAY, II,** ----------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, which were in and affecting interstate commerce in that said firearms had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## COUNT 3
### (Felon in Possession of Ammunition)

On or about April 30, 2019, in Enid, Oklahoma, in the Western District of Oklahoma,

---------------------------- **HERMAN JACKSON MURRAY, II,** ----------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, which was in and affecting interstate commerce in that said ammunition had previously crossed state lines to reach the state of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offenses alleged in Counts 1-3 of this Indictment, **HERMAN JACKSON MURRAY, II** shall forfeit to the United States any and all firearms and ammunition involved in the commission of the offense(s).

The property subject to forfeiture includes, but is not limited to:

1. A Glock conversion switch;
2. Remington 870, bearing serial number D744326U;
3. Ithaca 20 gauge shotgun, bearing serial number 660820678;
4. Winchester 30/30, bearing serial number 6365056;
5. Remington 870, bearing serial number AB994974U;
6. SKS 7.62 Rifle, bearing serial number 19889;
7. Calico .22 Long Rifle, bearing serial number 001713;
8. Savage .22 Long Rifle, bearing serial number 2077294;
9. Ruger 10/22 Rifle, bearing serial number 0007-13256;
10. Modified 12 gauge Shotgun, no serial number;
11. "Cellector" 9mm handgun, no serial number;
12. Glock 17 handgun, bearing serial number BCVN159;
13. S&W 9mm handgun, bearing serial number HUN0017;
14. FEG .380 handgun, bearing serial number 9332783;
15. Phoenix Arms .22 handgun, bearing serial number 4529224;

16. Raven Arms .25 handgun, bearing serial number 549004;

17. Johnson Arms revolver, bearing serial number 034713;

18. Five banana magazines (empty);

19. Two Drum magazines (full);

20. One .22 caliber magazine (empty);

21. Assorted ammunition;

22. Detonation cord;

23. A silencer;

24. One empty magazine;

25. One loaded magazine with 7 rounds;

26. Three loaded magazines with 18 rounds; and

27. Any and all firearms, magazines, and ammunition not otherwise specified.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
First Assistant U.S. Attorney

*[signature]*

WILSON D. McGARRY
THOMAS B. SNYDER
Assistant U.S. Attorneys